**FILED**

August 20, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Violet Jimenez-Palao
DEPUTY

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. **DR:25-CR-02061-AM** |
| | § | |
| Plaintiff, | § | **INDICTMENT** _____ |
| | § | |
| v. | § | |
| | § | |
|  | § | VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii), Conspiracy to Transport Illegal Aliens resulting in Serious Bodily Injury or Placing Lives in Jeopardy; |
| | § | COUNT TWO: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Harbor Illegal Aliens; |
| | § | COUNT THREE: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) Illegal Alien Transportation; |
| | § | COUNT FOUR: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) Illegal Alien Transportation; |
| **JUAN SANCHEZ-JAIMES (3)** A/K/A "BARBAS" A/K/A "EL BARBAS JAIMES" A/K/A "EL COCHO" | § | COUNT FIVE: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) Illegal Alien Transportation; |
| | § | COUNT SIX: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) Illegal Alien Transportation; |
| | § | COUNT SEVEN: 18 U.S.C. §§ 554 & 371, Conspiracy to Smuggle Goods from the United States; |
| | § | COUNT EIGHT: 18 U.S.C. § 554, Smuggling Goods from the United States; |
| | § | COUNT NINE: Conspiracy to traffic firearms 18 U.S.C. § 933(a)(1) and (b); |
| | § | COUNT TEN: Trafficking Firearms 18 U.S.C. § 933(a)(1) and (b); |
| | § | COUNT ELEVEN -SIXTEEN: Straw Purchase of a Firearm: 18 U.S.C. § 932(b)(1) and (c): |
| | § | COUNT SEVENTEEN: 18 U.S.C. § 1956(h) - Conspiracy to Launder Money Internationally] |
| | § | |
| | § | |
| | § | |
| | § | |



§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§



§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Defendants.                                      §

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii)]

Beginning on or about June 29, 2020 through on or about the date of this indictment, in

the Western District of Texas, and elsewhere, Defendants,





**JUAN SANCHEZ-JAIMES (3)**
A/K/A "BARBAS"
A/K/A "EL BARBAS JAIMES"
A/K/A "EL COCHO"



did knowingly and intentionally combine, conspire, confederate and agree together and with others, to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, and during and in relation to said offense, Defendants' conduct caused serious bodily injury to and placed in jeopardy the life of one and more than one persons, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(iii).

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

Beginning on or about June 29, 2020 through on or about the date of this indictment, in the Western District of Texas, and elsewhere, Defendants,





did knowingly and intentionally combine, conspire, confederate and agree together with others, to conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection, aliens who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(i).

COUNT THREE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about June 29, 2020, in the Western District of Texas, Defendants,

**JUAN SANCHEZ-JAIMES (3)**
A/K/A "BARBAS"
A/K/A "EL BARBAS JAIMES"
A/K/A "EL COCHO"

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: OSMAN ALBERTO CACERES-SERVELLON, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

COUNT FOUR
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about May 11, 2021, in the Western District of Texas, Defendants,

**JUAN SANCHEZ-JAIMES (3)**
A/K/A "BARBAS"
A/K/A "EL BARBAS JAIMES"
A/K/A "EL COCHO"

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: VANESA VASQUEZ-BARRERA, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT FIVE
### [8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about Septemnber 25, 2021, in the Western District of Texas, Defendants,



did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: OSCAR ANDRES-PENA, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

## COUNT SIX
### [8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about Septemnber 25, 2021, in the Western District of Texas, Defendants,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: VICTOR ESPINOSA-VARGAS, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

COUNT SEVEN
(18 U.S.C. §§ 371 & 554)

Between on or about June 1, 2020, and on or about June 24, 2022, in the Western District of Texas, and elsewhere, Defendants,



**JUAN SANCHEZ-JAIMES (3)**
A/K/A "BARBAS"
A/K/A "EL BARBAS JAIMES"
A/K/A "EL COCHO"

knowingly and willfully did combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to commit the following offenses against the United States, that is, knowingly and unlawfully receiving, concealing, and facilitating the transportation

and concealment of any merchandise, article, and object, prior to exportation and attempted

exportation, to-wit:

1-Barrett M82A1, .50 Caliber Rifle [S/N AA013751]
5- Polish RPD Drum with 100-Round Belt Magazines
1-Palmetto State Armory AK-D, 7.62 caliber, rifle [S/N: AKD000615]
1-Palmetto State Armory PSAK47, 7.62 caliber, rifle [S/N: AKD043312]
1-Palmetto State Armory AK-D, 7.62 caliber, rifle [S/N: AKD000827]
1-Palmetto State Armory PSAK47, 7.62 caliber, rifle [S/N: AKD042636]
1-Palmetto State Armory PSAK47, 7.62 caliber, rifle [S/N: AKD043006]
1-Palmetto State Armory PSAK47, 7.62 caliber, rifle [S/N: AKD042957]
1-Palmetto State Armory PSAK-S, 7.62 caliber, rifle [S/N: AKD003145]
1-Anderson, AR-15 Rifle [S/N: None, Obliterated]
1-Francolin Intl. Arms Co., Citadel 12 Gauge Shotgun [S/N: 21PTN2309]
1-Glock, 26 (Gen 5), 9mm Pistol [S/N: AGDG828, Obliterated]
1-Girsan, MC1911 S, .45 Caliber Pistol [S/N: T636822A81472]
1-Taurus, G2C, 9mm Pistol [S/N: 1C042472]
1-Taurus, G3, 9mm Pistol [S/N: ADH586745]
1-Glock, 43X, 9mm Pistol [S/N: BSSE426]
1-Taurus, G3, 9mm Pistol [S/N: ADH593934]
1-Pistol, Unknown Manufacturer, Model, Caliber, and [S/N, Obliterated]
700 Rounds - 5.56 Ammunition
320 Rounds - 300 Blackout Ammunition
200 Rounds - .22 Caliber Ammunition
100 Rounds - 9mm ammunition
60 Rounds - 300 Blackout Ammunition
37 Rounds - .380 Ammunition
23 Rounds –  9mm Ammunition
19 Rounds - 9mm Ammunition
15 Rounds - 12 Gauge Shotgun Ammunition
7 Rounds - 9mm Ammunition
1 PMAG D-60 Magazine
1 - AK-47 Magazine
5 - AR Rifle Magazines
1- Unspecified, .45 ACP Magazine
2 - Unspecified, Glock Magazines
3 - Unspecified, 9mm Magazine

knowing the same to be intended for exportation from the United States, contrary to any law or

regulation of the United States, in violation of Title 18, United States Code, Sections 371 and

554.

## OVERT ACTS

One or more of the Defendants committed at least one of the following overt acts in furtherance of the conspiracy:

1. Beginning on or about June 1, 2020, through June 2024, on divers occasions,  arranged for the purchase, storage and shipment of said CCL items to be shipped from the United States to Mexico.

2. Beginning on or about June 1, 2020, through June 2024, on divers occasions,  transferred and received United States currency directly related said purchased CCL items to be shipped from the United States to Mexico.

3. Beginning or about May 1, 2022, through November 29, 2022, ███████ acquired, concealed and stored said CCL items, with an understanding that they were to be shipped from the United States to Mexico.

4. Beginning on or about July 1, 2020, through November 29, 2022, **JUAN SANCHEZ-JAIMES** ██ on divers occasions, directed individual straw purchasers to purchase at least one firearm for him from a gun store in Austin, Texas, and other locations with an understanding that it was being shipped from the United States to Mexico.

5. Beginning on or about June 1, 2020, through November 29, 2022, ███████ concealed and stored said CCL items at 163 Lower Red Rock, Bastrop, Texas, with an understanding that they were to be shipped from the United States to Mexico.

6. On or about February 14, 2022, ███████ purchased one Barrett M82A1, .50 Caliber Rifle [S/N AA013751] and had it shipped to "Shoot Smart" FFL located in Grand Prairie, Texas.

## COUNT EIGHT
(18 U.S.C. § 554)

### INTRODUCTION

At all times relevant to this Indictment:

1. The Commerce Control List ("CCL"), located at Title 15, Code of Federal Regulations, Section 774, details commodities, software, and technology subject to control by the United States Department of Commerce, Bureau of Industry and Security pursuant to the Export Control Reform Act, Title 50, United States Code, Chapter 58.

2. The CCL is part of the Export Administration Regulations ("EAR"), located at Title 15, Code of Federal Regulations, Section 730 *et seq.*

3. Firearms are designated as controlled items in Section 774, Appendix Supplement Number 1 of the CCL.

4. Ammunition is designated as controlled item in Section 774, Appendix Supplement Number 1 of the CCL.

5. According to Title 15, Code of Federal Regulations, Section 736.2, a person may not export an item subject to the EAR to another country if exporting that item to that country requires a license.

6. Exportation of firearms and ammunition to Mexico requires a license.

Defendants ██████████████████████████████████████ ██ **SANCHEZ-JAIMES (3),** ████████████████████████████ did not have a license or any authority to export firearms or ammunition out of the United States to Mexico.

Between on or about June 1, 2020, and on or about June 24, 2022, in the Western District of Texas, and elsewhere, Defendants,



**JUAN SANCHEZ-JAIMES (3)**
A/K/A "BARBAS"
A/K/A "EL BARBAS JAIMES"
A/K/A "EL COCHO"

[REDACTED]

did knowingly and unlawfully aid and abet the exportation and attempted exportation from the United States merchandise, to wit: multiple firearms, ammunition and accessories, including one and more of the following:

[REDACTED]

1-Barrett M82A1, .50 Caliber Rifle [S/N AA013751]

[REDACTED]

1-Palmetto State Armory AK-D, 7.62 caliber, rifle [S/N: AKD000615]
1-Palmetto State Armory PSAK47, 7.62 caliber, rifle [S/N: AKD043312]
1-Palmetto State Armory AK-D, 7.62 caliber, rifle [S/N: AKD000827]
1-Palmetto State Armory PSAK47, 7.62 caliber, rifle [S/N: AKD042636]
1-Palmetto State Armory PSAK47, 7.62 caliber, rifle [S/N: AKD043006]
1-Palmetto State Armory PSAK47, 7.62 caliber, rifle [S/N: AKD042957]
1-Palmetto State Armory PSAK-S, 7.62 caliber, rifle [S/N: AKD003145]

[REDACTED]

1-Anderson, AR-15 Rifle [S/N: None, Obliterated]
1-Francolin Intl. Arms Co., Citadel 12 Gauge Shotgun [S/N: 21PTN2309]
1-Glock, 26 (Gen 5), 9mm Pistol [S/N: AGDG828, Obliterated]
1-Girsan, MC1911 S, .45 Caliber Pistol [S/N: T636822A81472]
1-Taurus, G2C, 9mm Pistol [S/N: 1C042472]
1-Taurus, G3, 9mm Pistol [S/N: ADH586745]
1-Glock, 43X, 9mm Pistol [S/N: BSSE426]
1-Taurus, G3, 9mm Pistol [S/N: ADH593934]
1-Pistol, Unknown Manufacturer, Model, Caliber, and [S/N, Obliterated]
700 Rounds - 5.56 Ammunition
320 Rounds – Winchester 300 Blackout Ammunition
200 Rounds - .22 Caliber Ammunition
100 Rounds - 9mm ammunition
60 Rounds - American Eagle 300 Blackout Ammunition
37 Rounds - .380 Ammunition
23 Rounds - of 9mm Ammunition
19 Rounds - 9mm Ammunition
15 Rounds - 12 Gauge Shotgun Ammunition
7 Rounds - 9mm Ammunition
1 PMAG D-60 Magazine

1 - AK-47 Magazine
5 - AR Rifle Magazines
1- Unspecified, .45 ACP Magazine
2 - Unspecified, Glock Magazines
3 - Unspecified, 9mm Magazine

contrary to any law or regulation of the United States, and aided and abetted the purchase,

transportation, concealment, storage, purchase, and sale of said firearms prior to exportation and

attempted exportation knowing that the firearms were intended for export, the exportation and

attempted exportation being contrary to any law or regulation of the United States and had not

obtained a license or written authorization for such attempted export, in violation of Title 50,

United States Code, Section 4819 and Title 15, Code of Federal Regulations, Sections 774 and

736.2(b)(1), all in violation of Title 18, United States Code, Sections 554 & 2.

## COUNT NINE
[18 U.S.C. § 933(a)(1) and (b)]

Between or about June 25, 2022 through the date of this indictment, in the Western

District of Texas, and elsewhere, Defendants,







did, knowingly and willfully did combine, conspire, confederate, and agree with each other and

with others known and unknown to the Grand Jury to ship, transport, transfer, cause to be

transported, and otherwise disposed of one and more firearms, including but not limited to:

1-Smith & Wesson model 380 Shield EZ, .380 caliber handgun (S/N: RES7736)
1- FNH model SCAR 17S, 7.62mm rifle (S/N: H1C23707)
1- FNH model SCAR 16S, 5.56mm rifle (S/N: obliterated)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 22UF-6571)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 5.56 mm handgun (S/N: obliterated)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 7.62mm rifle (S/N: D133864)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: E088647)
1- CZ (Ceska Zbrojovka) model 805 Bren S1, 5.56mm rifle (S/N: obliterated)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: E372421)
1- Sig Sauer model 716, 7.62mm rifle (S/N: obliterated)
1- Crusader Arms (CruArms) model Temp556, 5.56mm rifle (S/N: 2023TEM0052)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm handgun (S/N: obliterated)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 5.56mm rifle (S/N: obliterated)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G20322**)
1- FNH model SCAR 16S, 5.56mm rifle (S/N: obliterated and unable to restore)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 5.56 mm rifle (S/N: G2029*85)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G2*****)
1- CZ (Ceska Zbrojovka) model Bren 2MS, 7.62mm handgun (S/N: H311937)
1- Israel Weapon Industries (IWI) model Tavor X95, 5.56mm rifle rifle (S/N: ****52)
1- Israel Weapon Industries (IWI) model Tavor SAR, .223 caliber rifle (S/N: obliterated)
1- Israel Weapon Industries (IWI) model Galil Ace SAR, 7.62mm rifle (S/N: G0007***)
1- Israel Weapon Industries (IWI) model Tavor SAR, 5.56mm rifle (S/N: T***25)
1- Israel Weapon Industries (IWI) model Tavor SAR, 5.56mm rifle (S/N: obliterated)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-91)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-7850)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-7857)

1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-9340)
1- Palmetto State Armory (PSA) PSAK47, 7.62mm rifle (S/N: G*3-4*42)
1- Palmetto State Armory (PSA) PSAK47, 7.62mm rifle (S/N: obliterated)
1- Pioneer Arms Corporation (Radom) model Sporter, 7.62mm rifle (S/N: PAC23PL15561)
1- Glock model 19 Gen.4 9mm handgun rifle (S/N: RTF795)
1- Sig Sauer model Spartan II, .380 caliber handgun (S/N: 27C060935)
1- Israel Weapon Industries (IWI) model Galil Ace SAR 5.56mm rifle (S/N: obliterated)
1- Palmetto State Armory, Model: PSK-U, 7.62m rifle bearing serial number AKU004784
1- Palmetto State Armory, Model: PSK-U, 7.62mm rifle bearing serial number AKU004782.
1- Pioneer Arms Corp, Model: Sporter, 7.62 mm rifle bearing serial number PAC23PL16516F.
1- Pioneer Arms Corp, Model: Sporter, 7.62-mm rifle bearing serial number PAC23PL16514F.

to another person, in and affecting interstate and foreign commerce, knowing or having reasonable

cause to believe that said individual intended to use, carry, possess and sell and otherwise dispose

of the firearm in furtherance of a felony, to wit: 18 U.S.C. § 554, in violation of Title 18, United

States Code, Sections 933(a)(1), (a)(3), and (b).

<u>COUNT TEN</u>
[18 U.S.C. § 933(a)(1) and (b)]

Between or about June 25, 2022 through May 18, 2024, in the Western District of Texas,

Defendant,



did ship, transport, transfer, cause to be transported, and otherwise dispose of one and more

firearms, including but not limited to:

1- CZ (Ceska Zbrojovka) model Bren 2MS, 7.62mm rifle (S/N: D133864)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-7850)
1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-7857)

1- Romarm/Cugir model WASR-10UF, 7.62mm rifle (S/N: 23UF-9340)
1- Pioneer Arms (Radom) model Sporter, 7.62mm rifle (S/N: PAC23PL15561)
1- Palmetto State Armory, Model: PSK-U, 7.62m rifle bearing serial number AKU004784
1- Palmetto State Armory, Model: PSK-U, 7.62mm rifle bearing serial number AKU004782.
1- Pioneer Arms Corp, Model: Sporter, 7.62 mm rifle bearing serial number PAC23PL16516F.
1- Pioneer Arms Corp, Model: Sporter, 7.62-mm rifle bearing serial number PAC23PL16514F.

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, (as defined in section 932(a)) in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT ELEVEN
[18 U.S.C. § 932(b)(2) and (c)]

On or about March 16, 2024, in the Western District of Texas, Defendant,



did knowingly purchase a firearm, to wit: a Romarm/Cugir WASR-10UF 762 caliber rifle (S/N: 23UF-9340), in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another individual, knowing or having reasonable cause to believe that said individual intended to use, carry, possess and sell and otherwise dispose of the firearm in furtherance of a felony, to wit: 18 U.S.C. § 554;  and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(2).

## COUNT TWELVE
[18 U.S.C. § 932(b)(2) and (c)]

On or about March 16, 2024, in the Western District of Texas, Defendant,



Did knowingly purchase a firearm, to wit: a Romarm/Cugir WASR-10UF 762 caliber rifle (S/N: 23UF-7857), in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another individual, knowing or having reasonable cause to believe that said individual intended to use, carry, possess and sell and otherwise dispose of the firearm in furtherance of a felony, to wit: 18 U.S.C. § 554; and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(2).

## COUNT THIRTEEN
[18 U.S.C. § 932(b)(2) and (c)]

On or about March 16, 2024, in the Western District of Texas, Defendant,



Did knowingly purchase a firearm, to wit: a Romarm/Cugir WASR-10UF 762 caliber rifle (S/N: 23UF-7850), in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another individual, knowing or having reasonable cause to believe that said individual intended to use, carry, possess and sell and otherwise dispose of the firearm in furtherance of a felony, to wit: 18 U.S.C. § 554; and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(2).

## COUNT FOURTEEN
[18 U.S.C. § 932(b)(2) and (c)]

On or about March 16, 2024, in the Western District of Texas, Defendant,

Did knowingly purchase a firearm, to wit: a Pioneer Arms Sporter 762 caliber rifle (S/N: PAC23PL155561), in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another individual, knowing or having reasonable cause to believe that said individual intended to use, carry, possess and sell and otherwise dispose of the firearm in furtherance of a felony, to wit: 18 U.S.C. § 554; and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(2).

## COUNT FIFTEEN
[18 U.S.C. § 932(b)(2) and (c)]

On or about November 3, 2024, in the Western District of Texas, Defendant,



Did knowingly purchase a firearm, to wit: an ACW, Kalashnikov USA, AK-47, 7.62 caliber rifle (S/N: 0374), in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another individual, knowing or having reasonable cause to believe that said individual intended to use, carry, possess and sell and otherwise dispose of the firearm in furtherance of a felony, to wit: 18 U.S.C. § 554; and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(2).

## COUNT SIXTEEN
[18 U.S.C. § 932(b)(2) and (c)]

On or about January 13, 2025, in the Western District of Texas, Defendant,





Did knowingly purchase a firearm, to wit: a Century Arms VSKA, 7.62 caliber rifle (S/N: SV7158916), in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another individual, knowing or having reasonable cause to believe that said individual intended to use, carry, possess and sell and otherwise dispose of the firearm in furtherance of a felony, to wit: 18 U.S.C. § 554; and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(2).

## COUNT SEVENTEEN
[18 U.S.C. § 1956 (h)]

Between on or about June 1, 2020 and on or about the date of this indictment, in the Western District of Texas, and elsewhere, Defendants,



did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, and with others known and unknown to the Grand Jury, to commit certain offenses under 18 U.S.C. §1956, as follows:

(a)    to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce that involved property which was the proceeds of specified unlawful activity, to wit, to wit, 8 U.S.C. §1324(a)(1)(A)(v)(I) & (B)(i) - conspiracy to transport and harbor illegal aliens, with the intent to promote the

carrying on of said specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i);

(b)     to transport, transmit and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, to wit, the Republic of Mexico, with the intent conceal and disguise the nature, location, source, ownership, and control of the proceeds of, and to avoid a transaction reporting requirements under State or Federal law of, and to promote the carrying on, of the specified unlawful activity, to wit, 8 U.S.C. §1324(a)(1)(A)(v)(I) & (B)(i) - conspiracy to transport and harbor illegal aliens, in violation of Title 18, United States Code, Section 1956(a)(2)(A); all in violation of 18 U.S.C. § 1956(h).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### [*See* FED. R. CRIM. P. 32.2]

### I.
### Immigration Violations and Forfeiture Statute
### [Title 8 U.S.C. § 1324(a)(1)(A)(ii)/(v)(I) & (B)(i)/(iii),
### subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(6)(A)]

As a result of the foregoing criminal violations set forth in Counts One through Six, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of property, including the items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(6)(A) which states the following:

**Title 18 U.S.C. § 982 Criminal forfeiture**
**(a)(6)(A)** The court, in imposing sentence on a person convicted of a violation of, or conspiracy to violate, section 274(a) . . . of the Immigration and Nationality Act . . . shall order that the person forfeit to the United States, regardless of any provision of State law—

**(i)** any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and

**(ii)** any property real or personal—

**(I)** that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or

**(II)** that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

**II.**
**Smuggling Violations and Forfeiture Statutes**
**[Title 18 U.S.C. § 554, subject to forfeiture pursuant to**
**Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d),**
**as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Counts Seven and Eight, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of property, including the items listed below, upon conviction and as a part of sentence pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461(c), which states the following:

**Title 18 U.S.C. § 981. Civil forfeiture**
**(a) (1)** The following property is subject to forfeiture to the United States:

\*\*\*

**(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

The offense of smuggling goods from the United States as alleged in Counts Seven and Eight is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

**Title 19 U.S.C. § 1595a. Aiding unlawful importation**
**(d) Merchandise exported contrary to law**
Merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be seized and forfeited to the United States.

### III.
### Firearms Violations and Forfeiture Statutes
**[Title 18 U.S.C. §§ 932(b)(1) and (c) and 933(a)(1) and (b),**
**subject to forfeiture pursuant to Title 18 U.S.C. §§ 934(a) and 924(d)(1),**
**made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Counts Nine through Sixteen, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. §§ 934(a) and 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states the following:

**Title 18 U.S.C. § 934. Forfeiture and fines**
**(a) Forfeiture.—**
  **(1) In general.** Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
   **(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
   **(B)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.
  **(2) Imposition.** —The court, in imposing sentence on a person convicted of a violation of section 932 or 933, shall order, in addition to any other sentence imposed pursuant to section 932 or 933, that the person forfeit to the United States all property described in paragraph (1).

**Title 18 U.S.C. § 924. Penalties**
  **(d)(1)** Any firearm or ammunition involved in or used in . . . any other criminal law of the United States . . . shall be subject to seizure and forfeiture . . .

### IV.
### Money Laundering Violation and Forfeiture Statutes
**[Title 18 U.S.C. 1956, subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(1)]**

As a result of the foregoing criminal violation set forth in Count Seventeen, the United States of America gives notice to Defendants of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(1) which states:

**Title 18 U.S.C. § 982. Criminal forfeiture**

**(a)(1)**The court, in imposing sentence on a person convicted of an offense in violation of 1956 . . . of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the following property:

## V.
## Personal Property

1. $85,936.00, More or Less in United States Currency;
2. $26,986.00, More or Less in United States Currency;
3. $21,400.00, More or Less in United States Currency;
4. Barrett M82A1, .50 Caliber Rifle [S/N AA013751];
5. Anderson, AR-15 Rifle [S/N: obliterated];
6. Francolin Intl. Arms Co., Citadel 12 Gauge Shotgun [S/N: 21PTN2309];
7. Glock, 26 (Gen 5), 9mm Pistol [S/N: AGDG828, obliterated];
8. Girsan, MC1911 S, .45 Caliber Pistol [S/N: T636822A81472];
9. Taurus, G2C, 9mm Pistol [S/N: 1C042472];
10. Taurus, G3, 9mm Pistol [S/N: ADH586745];
11. Glock, 43X, 9mm Pistol [S/N: BSSE426];
12. Taurus, G3, 9mm Pistol [S/N: ADH593934];
13. Pistol, Unknown Manufacturer, Model, Caliber, and [S/N, obliterated];
14. 700 Rounds - 5.56 Ammunition;
15. 320 Rounds - Winchester 300 Blackout Ammunition;
16. 200 Rounds - .22 Caliber Ammunition;
17. 100 Rounds - 9mm ammunition;
18. 60 Rounds - American Eagle 300 Blackout Ammunition;
19. 37 Rounds - .380 Ammunition;
20. 23 Rounds - 9mm Ammunition;
21. 19 Rounds - 9mm Ammunition;
22. 15 Rounds - 12 Gauge Shotgun Ammunition;
23. 7 Rounds - 9mm Ammunition;
24. Metal Ammunition Can containing 50 cal. Machine Gun Chain Links;
25. PMAG D-60 Magazine;
26. AK-47 Magazine;
27. [5] AR Rifle Magazines;
28. Unspecified, .45 ACP Magazine;
29. [2] Unspecified, Glock Magazines;
30. [2] Unspecified, 9mm Magazines;
31. ATN X-Sight Night Vision Rifle Scope;
32. Black Sightmark Night Vision Rifle Scope;
33. Smith & Wesson model 380 Shield EZ, .380 caliber handgun [S/N: RES7736];
34. FNH model SCAR 17S, 7.62mm rifle [S/N: H1C23707];
35. FNH model SCAR 16S, 5.56mm rifle [S/N: obliterated];

36. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 22UF-6571];
37. Israel Weapon Industries model Galil Ace SAR, 5.56 mm handgun [S/N: obliterated];
38. Ceska Zbrojovka model Bren 2MS, 7.62mm rifle [S/N: D133864];
39. Ceska Zbrojovka model Bren 2MS, 5.56mm rifle [S/N: E088647];
40. Ceska Zbrojovka model 805 Bren S1, 5.56mm rifle [S/N: obliterated];
41. Ceska Zbrojovka model Bren 2MS, 5.56mm rifle [S/N: E372421];
42. Sig Sauer model 716, 7.62mm rifle [S/N: obliterated];
43. Crusader Arms model Temp556, 5.56mm rifle [S/N: 2023TEM0052];
44. Ceska Zbrojovka model Bren 2MS, 5.56mm handgun [S/N: obliterated];
45. Ceska Zbrojovka model Bren 2MS, 5.56mm rifle [S/N: obliterated];
46. Israel Weapon Industries model Galil Ace SAR, 7.62mm rifle [S/N: G20322** partial]
47. FNH model SCAR 16S, 5.56mm rifle [S/N: obliterated];
48. Israel Weapon Industries model Galil Ace SAR, 5.56 mm rifle [S/N: G2029*85 partial]
49. Israel Weapon Industries model Galil Ace SAR, 7.62mm rifle [S/N: G2 partial]
50. Ceska Zbrojovka model Bren 2MS, 7.62mm handgun [S/N: H311937];
51. Israel Weapon Industries model Tavor X95, 5.56mm rifle [S/N: ****52&9 partial]
52. Israel Weapon Industries model Tavor SAR, .223 caliber rifle [S/N: obliterated];
53. Israel Weapon Industries model Galil Ace SAR, 7.62mm rifle [S/N: G0007*** partial]
54. Israel Weapon Industries model Tavor SAR, 5.56mm rifle [S/N: T***25*** partial];
55. Israel Weapon Industries model Tavor SAR, 5.56mm rifle [S/N: obliterated];
56. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 23UF-91** partial];
57. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 23UF-7850];
58. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 23UF-7857];
59. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 23UF-9340];
60. Palmetto State Armory PSAK47, 7.62mm rifle [S/N: G*3-4*42 partial];
61. Palmetto State Armory PSAK47, 7.62mm rifle [S/N: obliterated];
62. Pioneer Arms Corporation (Radom) model Sporter, 7.62mm rifle [S/N: PAC23PL15561];
63. Glock model 19 Gen.4 9mm handgun rifle [S/N: RTF795];
64. Sig Sauer model Spartan II, .380 caliber handgun [S/N: 27C060935];
65. Israel Weapon Industries model Galil Ace SAR 5.56mm rifle [S/N: obliterated];
66. ACW, Kalashnikov USA, AK-47, 7.62 caliber rifle [S/N: 0374];
67. Century Arms VSKA, 7.62 caliber rifle [S/N: SV7158916];
68. Grand Power S.R.O.; model: STRIBOG SP9A3; caliber: 9; pistol [S/N: GSB11515];
69. Smith & Wesson; model: M&P 15; caliber: 556; rifle [S/N: TT97184];
70. Glock GMBH; model: 45; caliber: 9; pistol [S/N: CCEC546]
71. Riley Defense Inc., Model: RAK-47, 7.62 x 39 mm caliber rifle, [S/N: B63367];
72. 50 Rounds assorted; Caliber: 9 ammunition; and
73. Any other related ammunition and firearm accessories,

██████████████████████████████████████████

Real property located and situated at **163 Lower Red Rock, Bastrop County, TX**, with all building, appurtenances, and improvements there one including surface and subsurface rights, if any, and more fully described as:

LOT 5 OF CEDAR CREEK BEND PHASE TWO-B, A SUBDIVISION IN BASTROP COUNTY, TEXAS, ACCORDING TOTHE MAP OR PLAT THEREOF RECORDED IN CABINET 4, PAGES 82A OF THE PLAT RECORDS OF BASTROP COUNTY, TEXAS.

## VI.
## Money Judgment

**Money Judgment:** A sum of money equal to the proceeds obtained from the commission of violation(s) for which each Defendant is liable.

## VII.
## Substitute Property

If any proceeds from the violations, as a result of any act or omission of the Defendants—

**(A)** cannot be located upon the exercise of due diligence;
**(B)** has been transferred or sold to, or deposited with, a third party;
**(C)** has been placed beyond the jurisdiction of the court;
**(D)** has been substantially diminished in value; or
**(E)** has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of each Defendant,

up to the value of each money judgment, as substitute property pursuant to Title 21 U.S.C. § 853(p)

and FED. R. CRIM. P. 32.2(e).

A TRUE BILL

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _____
WARSAME GALAYDH
BRETT C. MINER
Assistant United States Attorney