# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CRIMINAL NO. DR-25-CR-02061-AM** |
|  | ) | |
| | ) | |
| **JUAN SANCHEZ-JAIMES (3)** | ) | |
| A/K/A "BARBAS" | ) | |
| A/K/A "EL BARBAS JAIMES" | ) | |
| A/K/A "EL COCHO" | ) | |
| **OSCAR ORDONEZ-UGARTE (4)** | ) | |
| **SERGIO BORJA (5)** | ) | |
| A/K/A "CHEKO" | ) | |
| A/K/A "GORDO" | ) | |
| A/K/A "SBCHIVAXXX@YAHOO.COM" | ) | |
| **ABEL PADILLA (6)** | ) | |
| | ) | |
| **BOBBY BRANDON GALVAN (8)** | ) | |
| A/K/A "PURAVIDARECIA" | ) | |
| A/K/A "DEL BRANDON" | ) | |
| **RENE REBOLLAR JAIMES (9)** | ) | |
| A/K/A "RENI" | ) | |
| A/K/A/ "RENE_JAIMES" | ) | |
| A/K/A "JAIMES_ATX" | ) | |
| **FADUL LOZA JR (10)** | ) | |
| **AXCEL RODRIGUEZ (11)** | ) | |

A/K/A "RDZ"                                )
A/K/A "ALICKS"                             )
A/K/A/ "ANGEL DURON"                       )
**HENRY MOISES SALAZAR**                   )
**DELGADILLO (12)**                        )
A/K/A "NICA"                               )
▮▮▮▮▮▮▮▮▮▮▮▮▮                              )
▮▮▮▮▮▮▮▮▮▮▮▮▮                              )
▮▮▮▮▮▮▮▮▮▮▮▮▮                              )
**NICHOLAS JAMES MENDEZ (16)**             )
A/K/A "NICK_512"                           )
A/K/A "MONEYMAN_512"                       )
A/K/A "5MONEYMAN8"                         )
A/K/A "MONEYMA20683816"                    )
A/K/A "MONEYMAN58"                         )
A/K/A "NICL'S QUIK TRIP"                   )
A/K/A "NOAH"                               )
**IMMER ISMAEL CAMPOS**                    )
**QUINTANILLA (17)**                       )
A/K/A "NEGRO"                              )
A/K/A "CARLOS"                             )
A/K/A "ISRAEL"                             )
**CHRISTIAN JOEL LOPEZ JAIMES (18)**)
A/K/A "CHRIS_LOPEZ9"                       )
A/K/A "CHRISTIANLJAIMES"                   )
A/K/A "PABLO JR"                           )
**BRANDON CASEY KUNZE**                    )
**MCKENNON (19)**                          )
A/K/A "BRANDON_KUNZE23"                    )
A/K/A "BRANDONKUNZE1994"                   )
**KEVIN JAIMES HERNANDEZ (20)**            )
A/K/A "KJ"                                 )
A/K/A "KEVEN_JAIMES"                       )
A/K/A "KJAIMES"                            )
A/K/A "KJAIMES1900"                        )
A/K/A "KJAIMES2134                         )
**DIEGO MARTIN TORRES (21)**               )
A/K/A "DIEGITO"                            )
A/K/A "TORRESDIEGOO26"                     )
**GABRIEL ANGEL NAVA VASQUEZ**             )
**(22)**                                   )
A/K/A "GABRIEL.NAVA.39#"                   )
A/K/A "_XRACKSX_"                          )

A/K/A "XXRACKS39"                              )
A/K/A "GABI3L13"                               )
A/K/A "BAGGS"                                  )
A/K/A "RIPG13"                                 )
A/K/A "JOHNNY_B4422"                           )
A/K/A "RACKS39"                                )
**DANIEL EVIN CRUZ (23)**                      )
A/K/A "DANIEL.CRUZ.724057"                     )
A/K/A "DCRUZ.39"                               )
A/K/A "D-WEEZY"                                )
**CHRISTOPHER ALLLEN JAIMES-**                 )
**MEDEROS (24)**                               )
A/K/A "ALLEN"                                  )
A/K/A "ALLEN.JAIMES.5"                         )
A/K/A "ALLENJAIMES21"                          )
A/K/A "ALLEN JAIMES"                           )
A/K/A "$JRJAIMES123"                           )
**SAUL JAIMES-MEDEROS JR (25)**                )
A/K/A "SAUL.JAIMES.39"                         )
A/K/A "JR JAIMES"                              )
A/K/A "SAULJAIMES_00"                          )
**MATTHEW WADE PATTERSON (26)**                )
                                               )
                          **Defendants.**      )

## UNITED STATES OF AMERICA'S
## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

The Indictment (ECF No. 66) returned on August 20, 2025, gave notice that the United States seeks the criminal forfeiture of property from the Defendants indicted in the instant case pursuant to Title 18 U.S.C. §§ 982(a)(1), 982(a)(6)(A), 981(a)(1)(C), 934(a) and 924(d)(1), and Title 19 U.S.C. § 1595a(d), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c).

Specifically, this Bill of Particulars seeks the criminal forfeiture of the properties listed

3

herein.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* FED. R. CRIM. P. 32.2]

**I.**
**Immigration Violations and Forfeiture Statute**
**[Title 8 U.S.C. § 1324(a)(1)(A)(ii)/(v)(I) & (B)(i)/(iii),**
**subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(6)(A)]**

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of property, including the items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(6)(A) which states the following:

**Title 18 U.S.C. § 982 Criminal forfeiture**
**(a)(6)(A)** The court, in imposing sentence on a person convicted of a violation of, or conspiracy to violate, section 274(a) . . . of the Immigration and Nationality Act . . . shall order that the person forfeit to the United States, regardless of any provision of State law—
  **(i)** any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and
  **(ii)** any property real or personal—
    **(I)** that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or
    **(II)** that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

**II.**
**Smuggling Violations and Forfeiture Statutes**
**[Title 18 U.S.C. § 554, subject to forfeiture pursuant to**
**Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d),**
**as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of property, including the items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2

and Title 18 U.S.C. § 981(a)(1)(C) and Title 19 U.S.C. § 1595a(d), made applicable to criminal

forfeiture pursuant to Title 28 U.S.C. § 2461(c), which states the following:

> **Title 18 U.S.C. § 981. Civil forfeiture**
>> **(a) (1)** The following property is subject to forfeiture to the United States:
>> ***
>> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

The offense of smuggling goods from the United States as alleged in Counts Seven and Eight is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

> **Title 19 U.S.C. § 1595a. Aiding unlawful importation**
> **(d) Merchandise exported contrary to law**
> Merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be seized and forfeited to the United States.

### III.
### <u>Firearms Violations and Forfeiture Statutes</u>
**[Title 18 U.S.C. §§ 932(b)(2) and (c) and 933(a)(1) and (b),
subject to forfeiture pursuant to Title 18 U.S.C. §§ 934(a) and 924(d)(1),
made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth above, the United States of

America gives notice to the Defendants of its intent to seek the forfeiture of property, including

any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2

and Title 18 U.S.C. §§ 934(a) and 924(d)(1), made applicable to criminal forfeiture by Title 28

U.S.C. § 2461(c), which states the following:

> **Title 18 U.S.C. § 934. Forfeiture and fines**
> **(a) Forfeiture.—**

**(1) In general.** Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—

    **(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and

    **(B)**  any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.

**(2) Imposition.** —The court, in imposing sentence on a person convicted of a violation of section 932 or 933, shall order, in addition to any other sentence imposed pursuant to section 932 or 933, that the person forfeit to the United States all property described in paragraph (1).

### Title 18 U.S.C. § 924. Penalties

**(d)(1)** Any firearm or ammunition involved in or used in . . . any other criminal law of the United States . . . shall be subject to seizure and forfeiture . . .

## IV.
## Money Laundering Violation and Forfeiture Statutes
## [Title 18 U.S.C. 1956, subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(1)]

As a result of the foregoing criminal violation set forth above, the United States of America gives notice to Defendants of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(1) which states:

### Title 18 U.S.C. § 982. Criminal forfeiture

**(a)(1)** The court, in imposing sentence on a person convicted of an offense in violation of 1956 . . . of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the following property:

## V.
## Personal Property

1. $85,936.00, More or Less in United States Currency;
2. $26,986.00, More or Less in United States Currency;
3. $21,400.00, More or Less in United States Currency;

6

4.  Barrett M82A1, .50 Caliber Rifle [S/N AA013751];
5.  Anderson, AR-15 Rifle [S/N: obliterated];
6.  Francolin Intl. Arms Co., Citadel 12 Gauge Shotgun [S/N: 21PTN2309];
7.  Glock, 26 (Gen 5), 9mm Pistol [S/N: AGDG828, obliterated];
8.  Girsan, MC1911 S, .45 Caliber Pistol [S/N: T636822A81472];
9.  Taurus, G2C, 9mm Pistol [S/N: 1C042472];
10. Taurus, G3, 9mm Pistol [S/N: ADH586745];
11.  Glock, 43X, 9mm Pistol [S/N: BSSE426];
12.  Taurus, G3, 9mm Pistol [S/N: ADH593934];
13.  Pistol, Unknown Manufacturer, Model, Caliber, and [S/N, obliterated];
14.  700 Rounds - 5.56 Ammunition;
15.  320 Rounds - Winchester 300 Blackout Ammunition;
16.  200 Rounds - .22 Caliber Ammunition;
17.  100 Rounds - 9mm ammunition;
18.  60 Rounds - American Eagle 300 Blackout Ammunition;
19.  37 Rounds - .380 Ammunition;
20.  23 Rounds - 9mm Ammunition;
21.  19 Rounds - 9mm Ammunition;
22.  15 Rounds - 12 Gauge Shotgun Ammunition;
23.  7 Rounds - 9mm Ammunition;
24.  Metal Ammunition Can containing 50 cal. Machine Gun Chain Links;
25.  PMAG D-60 Magazine;
26.  AK-47 Magazine;
27.  [5] AR Rifle Magazines;
28.  Unspecified, .45 ACP Magazine;
29.  [2] Unspecified, Glock Magazines;
30.  [2] Unspecified, 9mm Magazines;
31.  ATN X-Sight Night Vision Rifle Scope;
32.  Black Sightmark Night Vision Rifle Scope;
33. Smith & Wesson model 380 Shield EZ, .380 caliber handgun [S/N: RES7736];
34. FNH model SCAR 17S, 7.62mm rifle [S/N: H1C23707];
35. FNH model SCAR 16S, 5.56mm rifle [S/N: obliterated];
36. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 22UF-6571];
37. Israel Weapon Industries model Galil Ace SAR, 5.56 mm handgun [S/N: obliterated];
38. Ceska Zbrojovka model Bren 2MS, 7.62mm rifle [S/N: D133864];
39. Ceska Zbrojovka model Bren 2MS, 5.56mm rifle [S/N: E088647];
40. Ceska Zbrojovka model 805 Bren S1, 5.56mm rifle [S/N: obliterated];
41. Ceska Zbrojovka model Bren 2MS, 5.56mm rifle [S/N: E372421];
42. Sig Sauer model 716, 7.62mm rifle [S/N: obliterated];
43. Crusader Arms model Temp556, 5.56mm rifle [S/N: 2023TEM0052];
44. Ceska Zbrojovka model Bren 2MS, 5.56mm handgun [S/N: obliterated];
45. Ceska Zbrojovka model Bren 2MS, 5.56mm rifle [S/N: obliterated];
46. Israel Weapon Industries model Galil Ace SAR, 7.62mm rifle [S/N: G20322** partially

restored];

47. FNH model SCAR 16S, 5.56mm rifle [S/N: obliterated];

48. Israel Weapon Industries model Galil Ace SAR, 5.56 mm rifle [S/N: G2029*85 partially restored];

49. Israel Weapon Industries model Galil Ace SAR, 7.62mm rifle [S/N: G2 partially restored];

50. Ceska Zbrojovka model Bren 2MS, 7.62mm handgun [S/N: H311937];

51. Israel Weapon Industries model Tavor X95, 5.56mm rifle [S/N: ****52?9 partially restored];

52. Israel Weapon Industries model Tavor SAR, .223 caliber rifle [S/N: obliterated];

53. Israel Weapon Industries model Galil Ace SAR, 7.62mm rifle [S/N: G0007*** partially restored];

54. Israel Weapon Industries model Tavor SAR, 5.56mm rifle [S/N: T?*?25???];

55. Israel Weapon Industries model Tavor SAR, 5.56mm rifle [S/N: obliterated];

56. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 23UF-91*?];

57. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 23UF-7850];

58. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 23UF-7857];

59. Romarm/Cugir model WASR-10UF, 7.62mm rifle [S/N: 23UF-9340];

60. Palmetto State Armory PSAK47, 7.62mm rifle [S/N: G*3-4*42];

61. Palmetto State Armory PSAK47, 7.62mm rifle [S/N: obliterated];

62. Pioneer Arms Corporation (Radom) model Sporter, 7.62mm rifle [S/N: PAC23PL15561];

63. Glock model 19 Gen.4 9mm handgun rifle [S/N: RTF795];

64. Sig Sauer model Spartan II, .380 caliber handgun [S/N: 27C060935];

65. Israel Weapon Industries model Galil Ace SAR 5.56mm rifle [S/N: obliterated];

66. ACW, Kalashnikov USA, AK-47, 7.62 caliber rifle [S/N: 0374];

67. Century Arms VSKA, 7.62 caliber rifle [S/N: SV7158916];

68. Grand Power S.R.O.; model: STRIBOG SP9A3; caliber: 9; pistol [S/N: GSB11515];

69. Smith & Wesson; model: M&P 15; caliber: 556; rifle [S/N: TT97184];

70. Glock GMBH; model: 45; caliber: 9; pistol [S/N: CCEC546]

71. Riley Defense Inc., Model: RAK-47, 7.62 x 39 mm caliber rifle, [S/N: B63367];

72. 50 Rounds assorted; Caliber: 9 ammunition;

73. $5,142.00, More or Less in United States Currency;

74. Colt Super Lite Commander Pistol, SN: LWC1188;

75. 6 Rounds fiocchi Ammunition;

76. Remington Arms Company, Inc. 870 Shotgun, SN:S722797V;

77. Beretta USA Corp M9A3 Pistol, SN:B062121Z;

78. Derya Arms Lion Shotgun, SN:R051096;

79. Diamondback Arms INC. DB-15 Rifle, SN:DB1747464;

80. Marlin Firearms CO. 60 Rifle, SN:22469475;

81. 15 rounds assorted ammunition;

82. 300 rounds assorted ammunition;

83. 3 rounds assorted ammunition;

84. 19 rounds assorted ammunition;

85. 38 rounds assorted ammunition;

8

86. Winchester 70 Featherweight Rifle, SN:575927;
87. Harrington and Richardson 48 Shotgun, SN:NONE;
88. Smith & Wesson SW1911 Pistol, SN:JRK1664;
89. Remington Arms Company, INC 760 Rifle, SN:537786;
90. 3 rounds assorted ammunition;
91. 67 rounds assorted ammunition;
92. 650 rounds assorted ammunition;
93. Unknown Manufacturer Unknown Rifle, SN:L19313;
94. Heritage MFG. INC. Rough Rider Revolver SN:C91313;
95. 21 rounds assorted ammunition;
96. 49 rounds assorted ammunition;
97. FNH USA, LLC Reflex Pistol, SN:CCW0068113;
98. 21 rounds assorted ammunition;
99. 2 rounds assorted ammunition;
100. 25 rounds assorted ammunition;
101. Glock GMBH 19 Pistol, SN:BVHC872;
102. 15 rounds assorted ammunition; and
103. Any other related ammunition and firearm accessories,

████████████████████████ & OSCAR ORDONEZ-UGARTE (4)

Real property located and situated at **163 Lower Red Rock, Bastrop County, TX**, with all building, appurtenances, and improvements there one including surface and subsurface rights, if any, and more fully described as:

LOT 5 OF CEDAR CREEK BEND PHASE TWO-B, A SUBDIVISION IN BASTROP COUNTY, TEXAS, ACCORDING TOTHE MAP OR PLAT THEREOF RECORDED IN CABINET 4, PAGES 82A OF THE PLAT RECORDS OF BASTROP COUNTY, TEXAS.

## VI.
## Money Judgment

**Money Judgment:** A sum of money equal to the proceeds obtained from the commission of violation(s) for which each Defendant is liable.

## VII.
## Substitute Property

If any proceeds from the violations, as a result of any act or omission of the Defendants—

**(A)** cannot be located upon the exercise of due diligence;
**(B)** has been transferred or sold to, or deposited with, a third party;

**(C)** has been placed beyond the jurisdiction of the court;

**(D)** has been substantially diminished in value; or

**(E)** has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of each Defendant,

up to the value of each money judgment, as substitute property pursuant to Title 21 U.S.C. § 853(p)

and FED. R. CRIM. P. 32.2(e).

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:    /s/
          Antonio Franco, Jr.
          Assistant United States Attorney
          Asset Forfeiture Section
          601 NW Loop 410, Suite 600
          San Antonio, TX 78216
          Tel: 210-384-7060
          Fax: 210-384-7045
          antonio.franco@usdoj.gov
          Texas Bar No. 00784077

          Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

**Pricilla Puente-Chacon**
Email: ppc.law1@gmail.com
(Attorney for Defendant *Juan Sanchez-Jaimes*)

**Jack R. Stern**
Email: jack@sternlawcorp.com
**Eduardo P. Sillas**
Email: epsillas@comcast.net
(Attorneys for Defendant *Oscar Ordonez-Ugarte*)

**Angela Saad Lindsey**
Email: saad.tllf@gmail.com
(Attorney for Defendant *Sergio Borja*)

**Genaro Retta Cortez**
Email: cortezabogado@gmail.com
(Attorney for Defendant *Abel Padilla*)

**Thomas P. Moore**
Email: tom@tmoorecriminaldefense.com
(Attorney for Defendant *Bobby Brandon Galvan*)

**J. Daniel Garcia**
Email: daniel@512attorney.com
(Attorney for Defendant *Rene Rebollar Jaimes*)

**Sostenes Mireles , II**
Email: mireleslawoffice@gmail.com
(Attorney for Defendant *Fadul Loza, Jr*)

**Sylvia Ann Cavazos**
Email: sylvia.cavazos@yahoo.com
(Attorney for Defendant *Axcel Rodriguez*)

11

**ALFREDO D. MARES**
Email: amares@lawmares.com
(Attorney for Defendant *Henry Moises Salazar Delgadillo*)

**Roberto Sanchez Vargas**
Email: roberto.vargas408@gmail.com
(Attorney for Defendant *Nicholas James Mendez*)

**Reginald Van Wade**
Email: reginaldvanwade@yahoo.com
(Attorney for Defendant *Immer Ismael Campos Quintanilla*)

**Thomas C. Fagerberg**
Email: tcswede@gmail.com
(Attorney for Defendant *Christian Joel Lopez Jaimes*)

**Mary Carol Pietrazek**
Email: pzklaw@gmail.com
(Attorney for Defendant *Brandon Casey Kunze McKennon*)

**Novert A. Morales**
Email: nam@moraleslawoffice.com
(Attorney for Defendant *Kevin Jaimes Hernandez*)

**Alberto Rodriguez**
Email: arodriguez@oscargarzalaw.com
(Attorney for Defendant *Diego Martin Torres*)

**John Stephen Toland**
Email: stephen@tolandlegal.com
(Attorney for Defendant *Gabriel Angel Nava Vasquez*)

**C. Jeffrey Mulliner**
Email: jeff@lancekennedy.com
(Attorney for Defendant *Daniel Evin Cruz*)

**Edgar Hugo Juarez**
Email: edgarjuarez@hotmail.com
(Attorney for Defendant *Christopher Allen Jaimes-Mederos)*

**Edgar Hugo Juarez**
Email: edgarjuarez@hotmail.com
(Attorney for Defendant *Saul Jaimes-Mederos, Jr)*

**Jaime Iran Aldape**
Email: jaime.aldape@aldaplawfirm.com
(Attorney for Defendant *Matthew Wade Patterson)*

/s/_____
Antonio Franco, Jr.
Assistant United States Attorney

13