**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **BOBBY BRANDON GALVAN (8)** | ) | **CRIMINAL NO. DR-25-CR-02061-AM** |
| A/K/A "PURAVIDARECIA" | ) | |
| A/K/A "DEL BRANDON" | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNITED STATES OF AMERICA'S**
**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

The Indictment (ECF No. 66) returned on August 20, 2025, gave notice that the United States seeks the criminal forfeiture of property from the Defendant indicted in the instant case pursuant to Title 18 U.S.C. §§ 934(a) and 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c).

Specifically, this Bill of Particulars seeks the criminal forfeiture of the properties listed herein.

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* FED. R. CRIM. P. 32.2]

**I.**
**Firearms Violations and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 932(b)(2) and (c) and 933(a)(1) and (b),**
**subject to forfeiture pursuant to Title 18 U.S.C. §§ 934(a) and 924(d)(1),**
**made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. §§ 934(a) and 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states the following:

**Title 18 U.S.C. § 934. Forfeiture and fines**
**(a) Forfeiture.**—
    **(1) In general.** Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—
        **(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
        **(B)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.
    **(2) Imposition.** —The court, in imposing sentence on a person convicted of a violation of section 932 or 933, shall order, in addition to any other sentence imposed pursuant to section 932 or 933, that the person forfeit to the United States all property described in paragraph (1).

**Title 18 U.S.C. § 924. Penalties**
    **(d)(1)** Any firearm or ammunition involved in or used in . . . any other criminal law of the United States . . . shall be subject to seizure and forfeiture . . .

This Notice of Demand for Forfeiture includes but is not limited to the following property:

**II.**
**Personal Property**

1. 49 rounds assorted ammunition;
2. FNH USA, LLC Reflex Pistol, SN:CCW0068113; and
3. Any other related ammunition and firearm accessories,

### III.
### Money Judgment

**Money Judgment:** A sum of money equal to the proceeds obtained from the commission of violation(s) for which the Defendant is liable.

### IV.
### Substitute Property

If any proceeds from the violations, as a result of any act or omission of the Defendant—

**(A)** cannot be located upon the exercise of due diligence;
**(B)** has been transferred or sold to, or deposited with, a third party;
**(C)** has been placed beyond the jurisdiction of the court;
**(D)** has been substantially diminished in value; or
**(E)** has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the Defendant, up to the value of each money judgment, as substitute property pursuant to Title 21 U.S.C. § 853(p) and FED. R. CRIM. P. 32.2(e).

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:    /s/_____
       Antonio Franco, Jr.
       Assistant United States Attorney
       Asset Forfeiture Section
       601 NW Loop 410, Suite 600
       San Antonio, TX 78216
       Tel: 210-384-7060
       Fax: 210-384-7045
       antonio.franco@usdoj.gov
       Texas Bar No. 00784077

       Attorneys for the United States of America

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

**Thomas P. Moore**
Email: tom@tmoorecriminaldefense.com
(Attorney for Defendant *Bobby Brandon Galvan*)

/s/
Antonio Franco, Jr.
Assistant United States Attorney

4