**FILED**

MAY 01 2026

CLERK, U.S. ~~~~~~ COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Case No. DR-25-CR-2061-AM |
| | § | |
| BOBBY BRANDON GALVAN, | § | |
| Defendant | § | |

REDACTED COPY

## VERDICT

### COUNT NINE

As to Count Nine of the indictment, Conspiracy to Traffic in Firearms, we the jurors find

beyond a reasonable doubt, the Defendant, **BOBBY BRANDON GALVAN,**

Guilty .
[Guilty or Not Guilty]

### COUNT TWELVE

As to Count Twelve of the indictment, Straw Purchase of a Firearm, we the jurors find

the Defendant, **BOBBY BRANDON GALVAN,** _____Guilty_____ .
[Guilty or Not Guilty]

5-01-2026
Date

FOREPERSON